Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MARY L. LAIRD, Respondent, v. HOLLEY HOTEL CO., INC., Sued as HOLLEY HOTEL CORPORATION, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion to modify notice of examination by limiting its scope to the items enumerated therein under the first and second causes of action granted. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ISABEL COX and Others, Appellants, v. THE CITY OF NEW YORK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch and McAvoy, JJ.

SINCLAIR KNITTING MILLS, INC., Appellant, v. RUSSELL'S, INC., Respondent.— Order entered on the 5th day of November, 1923, reversed, with ten dollars costs and disbursements, and motion granted. Appeal from order entered on the 14th day of November, 1923, dismissed. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Petition of GEORGE F. TROMMER and Another, as Acting Trustees, etc., of WILLIAM G. RINGLER, Deceased, Respondents, Appellants, for a Mandamus Order for the Inspection of the Books and Records of GEORGE RINGLER & COMPANY, Appellant, Respondent.— Order affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA., Respondent, v. JOHN M. LARSEN and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LORA FARINA, Appellant, v. FREDERICK A. WALLIS, as Commissioner of Correction of the City of New York, and Another, Respondents.— Order affirmed. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

J. PHILIP BENKARD and Another, Respondents, v. ELIAS MOUAKAD, Appellant. — Order so far as appealed from modified by further granting the motion for a bill of particulars as to item "i" of paragraph IV in defendant's affidavit, and as so modified affirmed, with ten dollars costs and disbursements to respondents. The bill of particulars to be served within ten days from service of order. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

J. PHILIP BENKARD and Another, Respondents, v. ELIAS MOUAKAD, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

J. PHILIP BENKARD and Another, Respondents, v. ELIAS MOUAKAD, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

J. PHILIP BENKARD and Another, Respondents, v. ELIAS MOUAKAD, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MARIE A. RINGLER, Individually, and Others, Respondents, v. CHRISTIAN E. JETTER and Others, Individually and as Officers and Directors of GEORGE RINGLER